UNITED STATES DISTRICT COURT
STATE OF TEXAS, COUNTY OF WESTERN DISTRICT
Attorney: PRO-SE
Address:

Job #: 1490012

BRANDON CALLIER

FILED
2020 OCT -8 PM 1:52
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____MC
DEPUTY CLERK

vs
                Plaintiff
UNITED DEBT SETTLEMENT LLC
                Defendant

Index Number: EP20CV0235

Client's File No.: callier vs. united

Court Date:

Date Filed: 09/03/2020

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
DAINON WARD, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/14/2020, at 12:25 PM at: 7014 13TH AVE., STE#202, BROOKLYN, NY 11228 Deponent served the within **SUMMONS AND COMPLAINT IN A CIVIL ACTION**

On: **UNITED DEBT SETTLEMENT LLC C/O REGISTERED AGENT UNITED STATES CORPORATION AGENTS INC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Lisa Knight personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black/Gray | Glasses: Yes |
|---|---|---|---|
| Age: 51-65 | Height: 5ft 0in - 5ft 3in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 09/14/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

DAINON WARD
DCA License# 2079049



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*