UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2020 NOV -6  AM 9: 48

BRANDON CALLIER,

    Plaintiff,

v.

UNITED DEBT SETTLEMNT, LLC AND
JOHN DOES 1-4,

    Defendants.

CASE NO. 3:20-cv-00235

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

In response to the Court's order to Show Cause Plaintiff is voluntarily dismissing claims against JOHN DOES 1-4 and asks the Court to enter a Default Judgment solely against Defendant United Debt Settlement, LLC if the Court deems it warranted.

Dated this 6th day of November, 2020.

                                                  Respectfully submitted,

                                                Brandon Callier
                                                Plaintiff, Pro-se
                                                6336 Franklin Trail
                                                El Paso, TX 79912

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was mailed to Defendant in this case via USPS first class mail to: United Debt Settlement, LLC, C/O Registered Agent United States Corporation Agents, Inc., 7014 13th Avenue Ste #202, Brooklyn, NY 11228 on this 6th day of November, 2020.

*/s/ Brandon Callier*
Brandon Callier
Plaintiff, pro se
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604