UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEBT SETTLEMNT, LLC AND JOHN DOES 1-4,<br><br>Defendants. | CASE NO. 3:20-cv-00235 |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, BRANDON CALLIER, in his individual capacity, pursuant to Rule 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants, JOHN DOES 1-4 with prejudice.

1. Defendants, JOHN DOES 1-4 have not been identified and served, nor have they filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Defendants can only be identified through Defendant UNITED DEBT SETTLEMENT, LLC who has failed to answer the original summons, notice of default, and the motion for summary judgment.

Dated this 6th day of November, 2020.

Respectfully submitted,

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was mailed to Defendant in this case via USPS first class mail to: United Debt Settlement, LLC, C/O Registered Agent United States Corporation Agents, Inc., 7014 13th Avenue Ste #202, Brooklyn, NY 11228 on this 6th day of November, 2020.

*/s/ Brandon Callier*

Brandon Callier
Plaintiff, pro se
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604