# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | EP-20-CV-00235-DCG |
| § | |
| **UNITED DEBT SETTLEMENT, LLC,** § | |
| § | |
| *Defendant*. § | |

## FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" entered on November 12, 2020, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Defendant United Debt Settlement, LLC **SHALL PAY** *pro se* Plaintiff Brandon Callier **$7,000.00** in statutory damages **plus costs**.

**IT IS FURTHER ORDERED** that Defendant United Debt Settlement, LLC **SHALL PAY** *pro se* Plaintiff Brandon Callier post-judgment interest at the rate of **0.13%**, until paid in full, to be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b).

**IT IS MOREOVER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that all pending motions, if any, are **DENIED AS MOOT**, and that the District Clerk **SHALL CLOSE** this case.

So ORDERED and SIGNED this 12th day of November 2020.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE