**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ 3:20-CV-235-DCG Doc.#15¢#16    11/16/20

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____      Postmark
☐ Certified Mail Restricted Delivery  $ _____       Here
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To Brandon Callier
Street and Apt. No., or PO Box No. 6336 Franklin Trail
City, State, ZIP+4® El Paso, TX 79912

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 4245 1078